UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELINDA M. WOODS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C11-52-JLR-JPD

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall reevaluate the severity of plaintiff's impairments, including her spinal impairment, as well as the opinions of the state agency medical consultants. The ALJ shall also reconsider the weight given to the Single Decision Maker in light of Agency policy, and reevaluate the credibility of plaintiff's subjective complaints and testimony.

1    If the record establishes significant limitations in plaintiff's ability to perform the
2 demands of her past relevant work, the ALJ shall obtain supplemental evidence from a
3 vocational expert. Plaintiff shall also be afforded the opportunity to appear and testify at a
4 supplemental hearing, and submit additional evidence and arguments on remand. Finally, the
5 ALJ shall address any recent earnings and work activity. Any aspects of the ALJ's prior
6 decision not specifically addressed in this Order are not affirmed.

   A proposed order accompanies this Report and Recommendation.

   DATED this 7th day of July, 2011.

                                                  /s/ James P. Donohue
                                                  _____
                                                  JAMES P. DONOHUE
                                                  United States Magistrate Judge